**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services, Respondent,

v.

Douglas Shane G. and Jessica H., Defendants,

Of whom Douglas Shane G. is the Appellant,

In the interest of two minor children under the age of eighteen.

Appellate Case No. 2013-000833

Appeal From Aiken County
Dale Moore Gable, Family Court Judge

Unpublished Opinion No. 2013-UP-475
Submitted November 25, 2013 – Filed December 12, 2013

**AFFIRMED**

Dorothy Holley Hogg, of Fulcher Hagler, LLP, of Augusta, GA, for Appellant.

Dennis M. Gmerek, of Columbia SC, for Respondent.

Amy Patterson Shumpert, of Nance, McCants & Massey, of Aiken, for Guardian ad Litem.

---

**PER CURIAM:** Douglas Shane G. appeals the family court's final order terminating his parental rights to his minor children. *See* S.C. Code Ann. § 63-7-2570 (2010 & Supp. 2012). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**HUFF, GEATHERS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.